# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **WILLIAM CASEY,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**KIM THOMAS, et al.,** )<br>)<br>    **Defendants.** ) | **Case No.: 4:17-CV-563-JEO** |

### JOINT MOTION TO EXTEND DEADLINE TO FILE THE REPORT OF THE PARTIES' PLANNING MEETING

COME NOW all parties and respectfully move this Court for an extension of time to file the Rule 26(f) Report of Parties' Planning Meeting. In support of this Motion, the parties state as follows:

1.  This is one of five cases involving similar allegations asserted against multiple, nearly identical Defendants involving St. Clair Correctional Facility that have been filed in the Northern District of Alabama[1].

2.  The Uniform Initial Order entered in this case requires the parties to confer no later than 45 days after the first Defendant files an appearance.

---

[1] The five cases are: *Townsel v. Thomas, et al.,* Case 4:17-cv-00516-VEH; *McGregor v. Thomas, et al.,* Case 4:17-cv-00593-VEH; *Miller v. Dunn, et al.,* Case 4:17-cv-00180-VEH; *Casey v. Thomas, et al.,* Case 4:17-cv-00563-JEO; and *Zeller v. Thomas, et al.,* Case 4:17-cv-00564-SGC.

3. The parties initially conferred on July 7, 2017 in this case but decided it would be best to involve all attorneys in all five cases and confer further on several issues in an effort to attempt to agree on a Report of Planning Committee Report that would work in each case.

4. In order to involve all of the attorneys who have appeared in these cases, address several open issues, and in the interest of judicial economy, the parties have scheduled a second parties' planning meeting on July 20, 2017, at which time they plan to discuss how best to proceed in all of these cases and whether a report of parties' planning meeting can be agreed to in each case. Scheduling problems have prevented an earlier scheduling of the second meeting of counsel.

5. The Report of Parties' Planning meeting in this case is currently due on July 21, 2017.

6. Based on the reasons stated herein, the parties request fourteen (14) additional days to file the Report of Parties' Planning Meeting, making the report due by August 4, 2017.

Respectfully submitted this the 18th day of July, 2017.

>*/s/ C. Richard Hill, Jr.*
>**C. RICHARD HILL, JR. (ASB-0773-L72C)**
>**ROBERT F. NORTHCUTT (ASB-9358-T79R)**
>**W. ALLEN SHEEHAN (ASB-7274-L69S)**
>
>*Counsel for Defendants*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8049
Facsimile: (334) 323-8888
Email: Allen.Sheehan@chlaw.com
          Bob.Northcutt@chlaw.com
          Rick.Hill@chlaw.com

/s/ Bart G. Harmon
**Bart G. Harmon (ASB-4157-R61B)**
*Counsel for Defendants*

**Alabama Department of Corrections**
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Telephone: (334) 353-3881
Bart.Harmon@doc.alabama.gov

/s/ Henry F. (Hank) Sherrod III
**Henry F. (Hank) Sherrod III (ASB-1200-D63H)**
*One of Plaintiff's Attorneys*

Henry F. Sherrod, III
**HENRY F. SHERROD, III, P.C.**
119 South Court Street
P.O. Box 606
Florence, AL  35631-0606
hank@alcivilrights.com

                    */s/ Ruth Z. Brown*
                    **Ruth Z. Brown**
                    *One of Plaintiff's Attorneys*

Russell Rourke Ainsworth
Ruth Zemel Brown
Sarah Grady
Theresa Kleinhaus
**LOEVY & LEOVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607
ruth@loevy.com